UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAVID ALLEN MOORE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>STATE OF WASHINGTON, et al.,<br><br>　　　　　　Defendants. | CASE NO. 3:22-CV-5958-JCC-DWC<br><br>REPORT AND RECOMMENDATION<br><br>Noting Date: March 24, 2023 |

　　　　The District Court has referred this 42 U.S.C. § 1983 action to United States Magistrate Judge David W. Christel. Plaintiff David Allen Moore, proceeding *pro se*, filed a proposed complaint and financial affidavit "in support of *in forma pauperis* ("IFP")" on December 12, 2022. Dkt. 1; Dkt. 1 at 17. On December 12, 2022, the Clerk of Court sent Plaintiff a letter directing him to either pay the filing fee or submit an application to proceed IFP. Dkt. 2. The Clerk enclosed an IFP form for Plaintiff's convenience. *Id*. In addition, the Clerk warned Plaintiff that if he did not provide the requested documents by January 11, 2023, this action may be subject to dismissal. *Id*.

On February 2, 2023, this Court directed Plaintiff to provide a completed IFP form (with required accompanying documentation) or pay the filing fee. Dkt. 6. The Court again warned Plaintiff that if he failed to file a completed IFP form or pay the filing fee by February 17, 2023, the Court would recommend dismissal of this action. *Id*.

Plaintiff filed a miscellaneous document on February 9, 2023. Dkt. 7. Plaintiff, however, did not file a completed IFP application or pay the filing fee. As Plaintiff has failed to submit a completed application for leave to proceed IFP or pay the filing fee, the Court recommends this case be dismissed without prejudice.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo* review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v. Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is directed to set the matter for consideration on March 24, 2023, as noted in the caption.

Dated this 9th day of March, 2023.

David W. Christel
Chief United States Magistrate Judge