THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ALLEN MOORE, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF WASHINGTON, *et al.*, <br><br> Defendants. | CASE NO. C22-5958-JCC <br><br> ORDER |

The Court, having reviewed the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge (Dkt. No. 8), the lack of objections thereto, and the relevant record, hereby ORDERS:

1. The Court ADOPTS the R&R (Dkt. No. 8).
2. Plaintiff's claims are DISMISSED without prejudice.
3. The Clerk is DIRECTED to send copies of this Order to Plaintiff and to the Honorable David W. Christel.

DATED this 27th day of March 2023.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C22-5958-JCC
PAGE - 1